HOGEBOOM *against* GENET and others.

E. WILLIAMS, for the defendants, moved to set aside the interlocutory judgment, entered in this cause, for irregularity. During the vacation preceding the last *May* term, the default of the defendants, for not pleading, had been regularly entered ; but, at the last term, the defendants obtained a rule to set aside the default, upon terms, which not being strictly complied with, the plaintiff's attorney, during the last vacation, entered an interlocutory judgment, for want of a plea, a term having intervened since the default was entered ; and the question was, whether, under the 8th rule of *April* term, 1796, the judgment could be entered in vacation.

*An interlocutory, or final judgment, cannot be entered in vacation, unless on a cognovit actionem.*

*J. Russell,* contra.

*Per Curiam.* An interlocutory, or final judgment, cannot be entered in *vacation,* unless on a *cognovit actionem.*

KENT, Ch. J. said he had always supposed, that an interlocutory judgment might be entered at any time, after four days in term had intervened, either in vacation or term time. But since it seemed to be the general opinion, that the practice was different, he acquiesced in granting the motion.

Motion granted.